Alan Bornstein
JAMESON PEPPLE CANTU PLLC
801 Second Avenue, Suite 700
Seattle, Washington 98104
Telephone: (206) 292-1994
Facsimile: (206) 292-1995
Attorneys for Sound Investment Partners, LLC

Hon. Marc L. Barreca
Chapter 11
Hearing Location: Seattle
Hearing Date: August 31,2023
Hearing Time: 9:30 a.m.
Response Due: August 24, 2023

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In Re:

COMMODITY PROPERTIES, LLC,

Debtor.

Case Number: 23-11190-MLB

DECLARATION OF JEFFREY RICHEY

I, Jeffrey Richey, hereby declare:

1.      I am over the age of 18 years and am competent to testify as to the matters stated in this Declaration.  The testimony contained within this Declaration is based upon my personal knowledge.

2.      I am the Manager and sole statutory Governor of Sound Investment Partners, LLC ("Sound Investment").  In my capacity as Manager and Governor, I also serve as the custodian of records contemporaneously made with knowledge and kept in the regular course of business.  The loan documents and account statements described below are owned by Sound Investment.

3.      Sound Investment is the secured creditor of debtor Commodity Properties, LLC ("Commodity").

<u>Common Address of Debtor's Real Property</u>

4.      Debtor Commodity is the owner of that certain real property located at 1770 Airport Way South, Seattle, WA 98134 (the "Property").

DECLARATION OF JEFF RICHEY - 1
23-11190-MLB
53186\01001\01272170.DOCX.V1 MTA

JAMESON PEPPLE CANTU PLLC
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 700
SEATTLE, WA 98104
TEL 206 292 1994          FAX 206 292 1995

<u>Familiarity with Debtor's Real Property & Its Seattle Location</u>

5. Besides my knowledge of the Property as manager of Sound, I am also familiar with the Property for another reason. About 15 years ago, on behalf of another company that I operate named Puget Properties LLC, I developed the Property as part of a complex of other industrial-office buildings that are located at the northeast corner of Airport Way South and South Holgate Street in Seattle.

6. Attached to my declaration, as Exhibit "A-1", is a map that shows the location of the Property, highlighted, within that larger complex, circled, that I developed. And I also attach, as Exhibit "A-2", a true and correct copy of a photograph that reasonably depicts the Property, and have circled the location of the Property on that photograph.

<u>Recent Title History of Debtor's Real Property</u>

7. In March 2010, my company, Puget Properties, sold the Property to a company called Efaw/Holgate Square LLC. Mr. Lamar Efaw was and is the manager-member of Efaw/Holgate Square ("Efaw/Holgate").

8. In turn, Efaw/Holgate Square LLC sold the Property to debtor Commodity on Valentine's Day, February 14, 2017. Mr. Solomon "Raz" Simone is the manager-member of debtor Commodity. Mr. Simone's Commodity purchased the Property by way of secured, seller financing that Efaw/Holgate provided.

<u>Debtor Commodity's $1.35 Million Purchase-Money Note</u>

9. The parties memorialized their seller-financing terms with a $1.35 million purchase-money promissory note. A true and correct copy of that $1.35 million note, where debtor Commodity is the maker and Efaw/Holgate is the holder, is attached hereto as Exhibit "B". The debt term, as expressed in the $1.35 million note, was a

DECLARATION OF JEFF RICHEY - 2
23-11190-MLB
53186\01001\01272170.DOCX.V1 MTA

**JAMESON PEPPLE CANTU PLLC**
ATTORNEYS AT LAW
**801 SECOND AVENUE, SUITE 700**
**SEATTLE, WA 98104**
TEL 206 292 1994          FAX 206 292 1995

ten-year balloon note where debtor Commodity was obligated to pay (i) the note holder $6,062.10 per month for ten years and (ii) the entire note balance on February 1, 2027.

### Debtor's Real Property Secured Payment of the $1.35 Million Note

10. To secure that $1.35 million note, debtor Commodity granted a deed of trust against the Property for the benefit of Efaw/Holgate. That deed of trust is memorialized in that certain document recorded with the King County Recorder's office on February 14, 2017 (recording number 20170214000526). A true and correct copy of that recorded deed of trust is attached hereto as Exhibit "C".

### Sound Purchased the $1.35 Million Secured Note and Deed of Trust & Sound Recorded Its Deed-of-Trust Assignment

11. In January 2023, my Sound Investment purchased the $1.35 million note and deed of trust from Efaw/Holdgate. I then recorded a deed of trust assignment with the King County Recorder's office on January 23, 2023 (recording number 20230123000598). A true and correct copy of that recorded deed-of-trust assignment is attached hereto as Exhibit "D".

### Debtor's Contractual Defaults

12. Debtor Commodity defaulted on the $1.35 million Secured Note and Deed of Trust by failing to make five monthly payments in 2021. Each of those five non-payments constituted a default under Section 7(a) of the $1.35 million secured note and under Article V.1.(a) of the Deed of Trust. Debtor Commodity defaulted 12 more times in 2022 by not paying any monthly debt owed to Efaw/Holgate. Debtor Commodity then defaulted 1 more time in 2023 by not paying any monthly debt owed to Efaw/Holgtate. Debtor Commodity then paid my Sound Investment, after it acquired the $1.35 million Secured Note and Deed of Trust on January 23, 2023. $6,100 on February 5, 2023, and applied to interest and then paid $6,100 on March 20, 2023 and again on April 6, 2023 and both applied to the suspense account as a future credit

DECLARATION OF JEFF RICHEY - 3
23-11190-MLB
53186\01001\01272170.DOCX.V1 MTA

JAMESON PEPPLE CANTU PLLC
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 700
SEATTLE, WA 98104
TEL 206 292 1994          FAX 206 292 1995

Case 23-11190-MLB    Doc 7    Filed 08/02/23    Ent. 08/02/23 13:36:57    Pg. 3 of 5

against foreclosure costs and past-due interest. The bank rejected the May 2023 payment of $6,100 because the checking account had insufficient funds. There were no attempted or consummated payments in June 2023.

13. Attached as Exhibit "E" is a true and correct copy of the account statement that describes debtor Commodity's repeated non-payment defaults. In accordance with the second to the last paragraph of Section 7 of the $1.35 million secured note: "If an event of default occurs, then, without prior notice, the entire indebtedness evidenced by this Note shall become immediately due and payable." And, pursuant to Section 8 of that note: "As long as this Note is in default, then, without prior notice, this Note shall bear interest at the rate of eighteen percent (18%) per annum". Added to the principal amount are $150-month late fees as allowed by Section 5 of that note plus trustee and foreclosure costs as allowed by Section 10 of that note.

<u>Status of Pending Foreclosure Action</u>

14. Sound Investment initiated a non-judicial foreclosure against the Property. First, my Sound Investment appointed Ms. Michelle R. Ghidotti, Esq., as the successor Deed-of-Trust trustee by King County recording dated February 14, 2023 (recording number 20230214000693). A true and correct copy of that recorded appointment is attached hereto as Exhibit "F".

15. Second, the successor trustee then set the foreclosure sale for Friday, June 30, 2023 at 10 a.m. at the Fourth Avenue entrance to the King County Administration Building. The trustee then recorded the "Notice of Trustee's Sale of Commercial Loan(s)" against the Property on March 24, 2023 (recording number 20230324000733). A true and correct copy of that recorded Notice of Sale is attached hereto as Exhibit "G".

DECLARATION OF JEFF RICHEY - 4
23-11190-MLB
53186\01001\01272170.DOCX.V1 MTA

JAMESON PEPPLE CANTU PLLC
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 700
SEATTLE, WA 98104
TEL 206 292 1994          FAX 206 292 1995

16. Debtor Commodity filed the bankruptcy petition in this case on June 29, 2023. [Dkt. No. 1]

Post-Petition Default Amounts & Monthly Payment Amount

17. As of June 30, 2023, the principal amount of the debt is $1,230,632.14 and the accrued interest is $535,063.76 for a total debt of $1,755,695.50.

18. For this accelerated debt, the monthly interest for June 2023 is $25,631.39. These figures, including calculations, are based on the May to June 2023 activity lines of the Exhibit "E" account statement.

19. Debtor Commodity has made no payment, including monthly payments based upon a non-default rate of interest for the value of Sound Investment's secured claim, since filing its bankruptcy petition on June 29, 2023.

20. Sound Investment has incurred thousands of dollars of trustee fees and expenses, and its own legal fees, to move forward with the non-judicial foreclosure of the Property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2023 at Seattle, Washington.

JEFFREY RICHEY

DECLARATION OF JEFF RICHEY - 5
23-11190-MLB
53186\01001\01272170.DOCX.V1 MTA

JAMESON PEPPLE CANTU PLLC
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 700
SEATTLE, WA 98104
TEL 206 292 1994          FAX 206 292 1995