# EXHIBIT A-1

Case 23-11190-MLB    Doc 7-1    Filed 08/02/23    Ent. 08/02/23 13:36:57    Pg. 2 of 2