# EXHIBIT A-2

