# EXHIBIT D

**AFTER RECORDING MAIL TO:**

| | |
|---|---|
| Name | Sound Investment Partners LLC |
| | ATT: Jeff Richey |
| Address | PO BOX 381 |
| City/State | Medina, WA 98039-0381 |

**Document Title(s):**

1.  Assignment of Deed of Trust, Security Agreement and Fixture Filing

**FirstAM
NCS 1154595-LJ**

**Reference Number(s) of Documents Assigned or released:**

20170214000526

**Grantor(s):**

1.  Commodity Properties LLC, a Washington limited liability company

**Grantee(s):**

1.  Sound Investment Partners LLC, a Washington limited liability company

**Abbreviated Legal Description:**

Parcel 'D', King County BLA No. 3006266, Recording No. 20071126900011

**Tax Parcel Number(s):**

766620-2865-06

[  x  ]  Complete legal description is on page 1  of document

When recorded return to:

Sound Investment Partners LLC
Attn: Jeffrey Richey
PO Box 381,
Medina, WA, 98039-0381

## ASSIGNMENT OF DEED OF TRUST,
## SECURITY AGREEMENT AND FIXTURE FILING

For Value Received, the undersigned as Beneficiary, hereby grants, conveys, assigns and transfers to SOUND INVESTMENT PARTNERS LLC, a Washington limited liability company ("Assignee"), whose address is PO BOX 381, MEDINA, WA, 98039-0381 all beneficial interest under that certain Deed of Trust, Security Agreement and Fixture Filing ("**Deed of Trust**"), dated February 10, 2017 executed by COMMODITY PROPERTIES LLC, a Washington limited liability company, Grantor, to CHICAGO TITLE COMPANY, Trustee, and recorded on February 14, 2017, under Auditor's File No. 20170214000526 records of King County, Washington, describing land therein as:

PARCEL D, CITY OF SEATTLE LOT LINE ADJUSTMENT NO. 3006266, RECORDED NOVEMBER 26, 2007 UNDER RECORDING NO. 20071126900011, IN KING COUNTY, WASHINGTON

Abbreviated Legal: (Required if full legal not inserted above.)

Tax Parcel Number(s): 766620-2865-06

1

Assignment of Deed of Trust

Together with all other loan documents executed in connection therewith, including without limitation all note or notes therein described or referred to, the money due and to become due thereon, with interest, all guaranties related thereto, and all rights accrued or to accrue under said Deed of Trust.

Dated: __1/20/2023__ 2023

BENEFICIARY:
EFAW/HOLGATE SQUARE LLC,
a Washington limited liability company

By: _____
Lamar S. Efaw, Manager

STATE OF WASHINGTON          )
                             )     ss.
COUNTY OF KING               )

  I certify that I know or have satisfactory evidence that the person appearing before me and making this acknowledgment is the person whose true signature appears on this document.

  On this __20__ day of __January__, 2023, before me personally appeared Lamar S. Efaw, to me known to be the Manager of EFAW/HOLGATE SQUARE LLC, the limited liability company that executed the within and foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said limited liability company, for the uses and purposes therein mentioned, and on oath stated that he was authorized to execute said instrument.

  WITNESS my hand and official seal hereto affixed the day and year first above written.

_____
Notary Public in and for the State of Washington,
residing at __Redmond__
My commission expires: __01-21-26__
__DEBBY LONG__
[Type or Print Notary Name]

(Use This Space for Notarial Seal Stamp)

2

Assignment of Deed of Trust