# EXHIBIT E

**Promissory Note - Soloman Simone**

Monthly agreed to payment: $6,6062.10

Principle Balance from 06/01/2021 - Date of final payment
Per terrms of Note - 18% default interest upon non payment & $150.00 Late Payment Fee

| Date | Payments Applied to PY Accrued Interest | Late & Other Fees Applied to Principal | Principal Payment | Principal Balance | Balance (Principal & PY Accrued Interest) | Rate | Current Interest | Payments Applied to Current Yr Interest | Total Accrued Interest | Accrued Interest and Principle | Total Payment Amount | Suspense | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2022 | | | | 1,219,062.98 | 1,219,062.98 | | - | | 376,499.21 | 1,595,562.19 | 0.00 | 37.90 | Balance Forward |
| 1/6/2023 | 150.00 | | | 1,219,212.98 | 1,219,212.98 | 18.00% | 4,721.12 | | 381,220.33 | 1,600,433.31 | 0.00 | | Late Fee & Default Interest Charged |
| 2/6/2023 | 150.00 | | | 1,219,362.98 | 1,219,362.98 | 18.00% | 24,466.90 | | 405,687.22 | 1,625,050.20 | 0.00 | | Default Interest Charged |
| 3/6/2023 | 150.00 | | | 1,219,512.98 | 1,219,512.98 | 18.00% | 22,439.05 | | 428,126.27 | 1,647,639.25 | 0.00 | | $6,100.00 Payment Received 02/05/2023 Applied = July 2021 Payment per CM Assured lender Services |
| 3/20/2023 | | | | 1,219,512.98 | 1,219,512.98 | 18.00% | 11,375.48 | | 439,501.76 | 1,659,014.74 | 0.00 | 6,100.00 | Additional payment made, deposited to suspense account |
| 3/24/2023 | 9,275.16 | | | 1,228,788.14 | 1,228,788.14 | 18.00% | 3,272.58 | | 442,774.33 | 1,671,562.47 | 0.00 | | Assured Lender Services -FCL Fees and Costs |
| 4/6/2023 | 150.00 | | | 1,228,938.14 | 1,228,938.14 | 18.00% | 10,716.32 | | 453,490.65 | 1,682,428.79 | 0.00 | 6,100.00 | Additional payment made, deposited to suspense account |
| 5/6/2023 | 150.00 | | | 1,229,088.14 | 1,229,088.14 | 18.00% | 24,890.73 | | 478,381.38 | 1,707,469.52 | 0.00 | | |
| 6/6/2023 | 150.00 | | | 1,229,238.14 | 1,229,238.14 | 18.00% | 26,103.23 | | 504,484.61 | 1,733,722.75 | 0.00 | | |
| 6/22/2023 | 1,394.00 | | | 1,230,632.14 | 1,230,632.14 | 18.00% | 13,679.78 | | 518,164.40 | 1,748,796.54 | 0.00 | | Assured Lender Services - FCL fees and costs |
| 6/30/2023 | | | | 1,230,632.14 | 1,230,632.14 | 18.00% | 6,899.36 | | 525,063.76 | 1,755,695.90 | 0.00 | | |