# EXHIBIT F

WHEN RECORDED MAIL TO:

Michelle R. Ghidotti, Esq.
c/o Gary Krohn, Reg. Agent
144 Railroad Avenue, Suite 236
Edmonds, WA 98020-4100

Trustee Sale No.F23-00026 WA Loan No.1001 Title Order No.2259393WAD APN 766620-2865-06

## APPOINTMENT OF SUCCESSOR TRUSTEE

**KNOW ALL MEN BY THESE PRESENTS:** that, Commodity Properties LLC, a Washington limited liability company, is the grantor, Chicago Title Company is the original trustee, and Efaw/Holgate Square LLC, a Washington limited liability company is the original beneficiary under that certain Deed of Trust, Security Agreement, and Fixture Filing dated 02/10/2017, (the "Deed of Trust") and recorded on 02/14/2017 under Auditor's File No.. 20170214000526, in the records of King County, Washington.

The undersigned, who is the present beneficiary under said deed of trust, desires to appoint a new trustee in the place and stead of the original trustee named above.

**NOW, THEREFORE,** in view of the premises, SOUND INVESTMENT PARTNERS LLC, a Washington limited liability company, (the "Beneficiary"), who is the present beneficiary under the Deed of Trust, hereby appoints Michelle R. Ghidotti, Esq. whose address is c/o Gary Krohn, Reg. Agent, 144 Railroad Avenue, Suite 236, Edmonds, WA 98020-4100, as successor trustee under the Deed of Trust, to have all the powers of said original trustee, effective upon the recording of this document.

**IN WITNESS WHEREOF,** the undersigned Beneficiary has hereunto set his hand: if the undersigned is a corporation, it has caused its corporate name to be signed and affixed hereto by its duly authorized officers.

Dated: February 10, 2023

SOUND INVESTMENT PARTNERS LLC, a Washington limited liability company

By:
Name:
Title:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ___WA___

COUNTY OF ___King___

On __01/10/2023__ before me, ___John  Stricker___ personally
appeared ___Jeffrey  Richey___ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ___Washington___ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public in and for said County and State

2