# EXHIBIT G

**WFG National-Default Services**
Recording Requested by:
Same as below

WHEN RECORDED MAIL TO:

Michelle R. Ghidotti, Esq.
c/o Gary Krohn, Reg. Agent
144 Railroad Avenue, Suite 236
Edmonds, WA 98020-4100

---

Trustee Sale No.:**F23-00026 WA**   Loan No.:**1001**   Title Order No.:**2259393WAD**

### NOTICE OF TRUSTEE'S SALE OF COMMERCIAL LOAN(S)
*Pursuant to R.C.W. Chapter 61.24, et seq. and 62A.9A-604(a)(2) et seq.*

Grantor: **Commodity Properties LLC, a Washington limited liability company**
Current Beneficiary of Deed of Trust: **SOUND INVESTMENT PARTNERS LLC, a Washington limited liability company**
Current Trustee for the Deed of Trust: **Michelle R. Ghidotti, Esq.**
Current Mortgage Servicer for the Deed of Trust: **SOUND INVESTMENT PARTNERS LLC, a Washington limited liability company**
Reference Number of Deed of Trust: **recorded on 02/14/2017 as Document No. 20170214000526**
Parcel Number(s): **766620-2865-06**

I

NOTICE IS HEREBY GIVEN that the undersigned trustee, Michelle R. Ghidotti, Esq. (the "Trustee"), will on **06/30/2023** at the hour of **10:00AM** at the **4th Avenue Entrance to the King County Administration Building, located one block east of the Courthouse, 500 4th Avenue, Seattle, WA 98104**, sell at public auction to the highest and best bidder, payable, in the form of cash, or cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real and personal property, situated in the County of **King**, State of Washington, to-wit:

> **PARCEL D, CITY OF SEATTLE LOT LINE ADJUSTMENT NO. 3006266, RECORDED NOVEMBER 26,2007 UNDER RECORDING NO. 20071126900011, IN KING COUNTY, WASHINGTON**

APN: **766620-2865-06**

Commonly known as: **1770 Airport Way S., Seattle, WA 98134**

The Property is subject to that certain Deed of Trust, Security Agreement and Fixture Filing dated **02/10/2017** (the "Deed of Trust") granted by **Commodity Properties LLC, a Washington limited liability company**, as grantor, for the benefit of **Efaw/Holgate Square LLC, a Washington limited liability company**, as original beneficiary, **recorded on 02/14/2017 under Auditor's File No. 20170214000526**, records of **King** County, Washington, the beneficial interest in which was assigned, is presently held by **SOUND INVESTMENT PARTNERS LLC, a Washington limited liability**

WA NOTS MEDIATION EXEMPT

Trustee Sale No.: **F23-00026 WA**   Loan No.: **1001**   Title Order No.: **2259393WAD**

company (the "Beneficiary") under an Assignment recorded **01/23/2023 under Auditor's File No. 20230123000598**, records of **King** County, Washington.

The Beneficiary hereby elects to conduct a unified foreclosure sale pursuant to the provisions of Revised Article 9 of the Uniform Commercial Code and to include in the nonjudicial foreclosure of the estate described in this Notice of Default all of the personal property and fixtures described in the Deed of Trust and in any other instruments in favor of the Beneficiary other than any escrows, reserves, impounds or deposits held by or on behalf of the Beneficiary. The Beneficiary reserves the right to revoke its election as to some or all of said personal property and/or fixtures, or to add additional personal property and/or fixtures to the election herein expressed, at the Beneficiary's sole election, from time to time and at any time until the consummation of the Trustee's sale to be conducted pursuant to the Deed of Trust and this Notice of Trustee's Sale.

II

No action commenced by the Beneficiary of the Deed of Trust or the Beneficiary's successor is now pending to seek satisfaction of the obligation in any court by reason of the Borrower's or grantor's default on the obligation secured by the Deed of Trust.

III

The default(s) for which this foreclosure is made is/are as follows:

Installment of principal and/or interest which became due on 08/01/2021 plus all subsequent installments of principal and/or interest, plus late charges, default interest, delinquent property taxes, trustees fees, and attorney fees and court costs arising or associated with the beneficiaries effort to protect and preserve its security must be cured as a condition of reinstatement.

Failure to pay when due the following amounts which are now in arrears:

|  | Amount due as of<br>**March 31, 2023** |
|---|---|
| Total Payments from **08/01/2021** | $122,000.00 |
| Total Late Charges | $3,150.00 |
| Default Interest | $482,475.65 |
| Suspense Balance | -$6,137.90 |
| Est. Foreclosure Fees and Costs | $9,216.66 |
| **TOTAL** | **$610,704.41** |

IV

The sum owing on the obligation secured by the Deed of Trust is: The principal sum of **$1,216,362.98**, together with interest as provided in the note or other instrument secured, and such other costs and fees as are due under the note or other instrument secured, and as are provided by statute.

WA NOTS MEDIATION EXEMPT

Trustee Sale No.: **F23-00026 WA** Loan No.: **1001** Title Order No.: **2259393WAD**

V

The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. The sale will be made without warranty, express or implied, regarding title, possession, or encumbrances on **06/30/2023**. The default(s) referred to in Paragraph III must be cured by **06/19/2023** (11 days before the sale date) to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time on or before **06/19/2023** (11 days before the sale date), the default(s) as set forth in Paragraph III, together with any subsequent payments, late charges, advances, costs and fees thereafter due, is/are cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank. The sale may be terminated any time after **06/19/2023** (11 days before the sale date) and before the sale, by the Borrower, grantor, any guarantor or the holder of any recorded junior lien or encumbrance by paying the entire principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or the Deed of Trust, and curing all other defaults.

VI

A written Notice of Default was transmitted by the Beneficiary or the Trustee to the Borrower(s), grantor(s) or the guarantors at the following address(es):

**Commodity Properties LLC, 1770 Airport Way S., Seattle, WA 98134**
**Solomon Simone, Commodity Properties LLC, 1770 Airport Way S., Seattle, WA 98134**
**Commodity Properties LLC, 1525 N.E. Elshin Place, Seattle, WA 98125**
**Solomon Simone, Commodity Properties LLC, 1525 N.E. Elshin Place, Seattle, WA 98125**

by both first class and certified mail on **02/17/2023** proof of which is in the possession of the Trustee; and on **02/18/2023**, the Borrower and grantor were personally served with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting.

VII

The Trustee's sale will be held in accordance with Ch. 61.24 RCW and anyone wishing to bid at the sale will be required to have in his/her possession at the time the bidding commences, cash, cashier's check, or certified check in the amount of at least one dollar over the Beneficiary's opening bid. In addition, the successful bidder will be required to pay the full amount of his/her bid in cash, cashier's check, or certified check within one hour of the making of the bid. The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII

The effect of the sale will be to deprive the grantor and all those who hold by, through or under the grantor of all their interest in the above described property.

WA NOTS MEDIATION EXEMPT

Trustee Sale No.: **F23-00026 WA**　Loan No.: **1001**　Title Order No.: **2259393WAD**

## IX

Anyone having any objections to the sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the same pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

> Michelle R. Ghidotti, Esq.
> c/o Gary Krohn, Reg. Agent
> 144 Railroad Avenue, Suite 236
> Edmonds, WA 98020-4100
> Phone:  (206) 331-3280

## X

The obligation secured by the Deed of Trust being foreclosed herein was not incurred primarily for personal, family or household purposes. Pursuant to RCW 61.24.100, the subject foreclosure does not preclude any judicial or non-judicial foreclosure of any other deeds of trust, mortgage, security agreements or other security interests granted to secure this obligation. The Beneficiary hereby reserves its right to foreclose any or all additional security.

## XI

### NOTICE TO GUARANTORS

The guarantors may be liable for a deficiency judgment to the extent the sale price obtained at the Trustee's sale is less than the debt secured by the Deed of Trust.

The guarantors have the same rights to reinstate the debt, cure the default, or repay the debt as is given to the grantor in order to avoid the Trustee's sale.

The guarantors will have no rights to redeem the property after the Trustee's sale.

Subject to such longer periods as are provided in the Washington deed of trust act, chapter 61.24 RCW, any action brought to enforce a guaranty must be commenced within one year after the trustee's sale, or the last trustee's sale under any deed of trust granted to secure the same debt.

In any action for deficiency, the guarantors will have the right to establish the fair value of the property as of the date of the Trustee's sale, less prior liens and encumbrances, and to limit its liability for a deficiency to the difference between the debt and the greater of such fair value or the sale price paid at the Trustee's sale, plus interest and costs.

## XII

NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the trustee's sale is entitled to possession of the property on the 20th day following the sale, as against the grantor under the Deed of Trust (the owner) and anyone having an interest junior to the Deed of Trust, including occupants who

WA NOTS MEDIATION EXEMPT

Trustee Sale No.: F23-00026 WA   Loan No.. 1001   Title Order No.: 2259393WAD

are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

If you are a servicemember or a dependent of a servicemember, you may be entitled to certain protections under the federal Servicemembers Civil Relief Act and any comparable state laws regarding the risk of foreclosure. If you believe you may be entitled to these protections, please contact our office immediately.

Additional disclaimers provided by the Trustee: If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the noteholders rights against the real property only.

Dated:  03/22/2023

Michelle R. Ghidotti, Esq., as Successor Trustee

By: Michelle R. Ghidotti, Esq.

Address:       Michelle R. Ghidotti, Esq.
               c/o Gary Krohn, Reg. Agent
               144 Railroad Avenue, Suite 236
               Edmonds, WA 98020-4100
               Phone:        (206) 331-3280
               Sale Line:    (877) 440-4460
               Sales Website:  www.mkconsultantsinc.com

WA NOTS MEDIATION EXEMPT

Trustee Sale No.: F23-00026 WA    Loan No.: 1001    Title Order No.: 2259393WAD

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document,

STATE OF CALIFORNIA ⎫
⎬ SS.
COUNTY OF ORANGE ⎭

On **3/24/2023** before me, **Merna Wessa** , Notary Public personally appeared **Michelle R. Chidotti**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public in and for said County and State

MERNA WESSA
Notary Public - California
Orange County
Commission # 2395476
My Comm. Expires Mar 2, 2026

WA NOTS MEDIATION EXEMPT