Alan Bornstein
JAMESON PEPPLE CANTU PLLC
801 Second Avenue, Suite 700
Seattle, Washington 98104
Telephone: (206) 292-1994
Facsimile:  (206) 292-1995
Attorneys for Sound Investment Partners, LLC

Hon. Marc L. Barreca
Chapter 11
Hearing Location: Seattle
Hearing Date: August 31, 2023
Hearing Time: 9:30 a.m.
Response Due: August 24, 2023

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re:

COMMODITY PROPERTIES, LLC,

                                    Debtor.

Case Number: 23-11190-MLB

DECLARATION OF SERVICE

I, Kelli Chapman, under oath, declare:

1.      I am a citizen of the United States of America over the age of eighteen years.

2.      I make this declaration based upon my personal knowledge and am competent to testify to the matters contained herein.

3.      I am employed by Jameson Pepple Cantu PLLC, attorneys for creditor Sound Investment Partners, LLC.

4.      On August 2, 2023, I caused to be served via electronic filing true and correct copies of the **Motion to Dismiss or in the Alternative for Relief from Stay**, **[Proposed] Order on Motion to Dismiss or in the Alternative for Relief from Stay**, and **Declaration of Jeffrey Richey**, on all parties registered with CM/ECF in this case.

5.      On August 3, 2023, I caused to be served via electronic filing true and correct copies of the **Notice of Motion to Dismiss of in the Alternative for Relief from Stay**; and this **Declaration of Service** on all parties registered with CM/ECF in this case.

DECLARATION OF SERVICE - 1
23-11190-MLB

JAMESON PEPPLE CANTU PLLC
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 700
SEATTLE, WA 98104
TEL 206 292 1994          FAX 206 292 1995

**6.** Also on August 3, 2023, I caused to be deposited in the mail of the United States Postal Service, via first class postage prepaid envelopes containing true and correct copies of the **Notice of Motion to Dismiss or in the Alternative for Relief from Stay**; **Motion to Dismiss or in the Alternative for Relief from Stay**; **[Proposed] Order on Motion to Dismiss or in the Alternative for Relief from Stay**; **Declaration of Jeffrey Richey**; and this **Declaration of Service** upon all parties listed on the creditors' mailing matrix at **Attachment 1**, with the exception of Sound Investment Partners and the Bankruptcy Court.

I make the foregoing statements under penalty of perjury.

DATED this 3rd day of August, 2023, in Seattle, Washington.


By */s/ Kelli Chapman*
Kelli Chapman, Paralegal
kchapman@jpclaw.com

DECLARATION OF SERVICE - 2
23-11190-MLB

JAMESON PEPPLE CANTU PLLC
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 700
SEATTLE, WA 98104
TEL 206 292 1994          FAX 206 292 1995