Label Matrix for local noticing
0981-2
Case 23-11190-MLB
Western District of Washington
Seattle
Wed Aug  2 15:23:52 PDT 2023

Commodity Properties LLC
1525 NE Elshin Pl
Seattle, WA 98125-6523

U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101-4441

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

King County Treasurer
201 S Jackson St Ste 710
Seattle, WA 98104-3854

Michelle R. Ghidotti
Ghidotti Berger LLP
1920 Old Tustin Ave
Santa Ana, CA 92705-7811

Sound Investment Partners
c/o Jeffrey Richey
1864 77th Ave NE
Medina, WA 98039-2307

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101-4438

Washington Department of Revenue
PO Box 47476
Olympia, WA 98504-7476

Lance L Lee
Law Offices of Lance L. Lee
1700 7th Ave Ste 2100
Seattle, WA 98101-1360


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Sound Investment Partners, LLC

End of Label Matrix
Mailable recipients     9
Bypassed recipients     1
Total                  10