Hon. Marc L. Barreca
Chapter 11
Date of Hearing:  August 31, 2023
Time of Hearing:  9:30 a.m.
Location of Hearing:
United States Courthouse
700 Stewart St., Rm. 7106
Seattle, WA  98101
Response Date:  August 24, 2023

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>COMMODITY PROPERTIES, LLC,<br><br>Debtor. | NO.  23–11190–MLB<br><br>DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY OR TO DISMISS CASE |

Debtor, through its attorney of record, offers a belated response to the Motion for Relief from Stay or for Dismissal of the case brought by Sound Investment Partners, LLC.

The response date to the motion was August 24, 2023.  Debtor did not file a timely response, an omission for which Debtor's counsel accepts responsibility. Nonetheless, upon learning of the oversight, Debtor's counsel notified Debtor and discussed how best they should act at that point.

Counsel and Debtor determined that dismissal of the case might not be catastrophic of originally feared.  The original trustee's sale appears not to have been continued, so the law would provide that a subsequently set trustee's sale date would need to be at least 45 days after the date of dismissal of the case.  That should provide ample time for Debtor to market and sell the property.



THE LAW OFFICES OF LANCE L. LEE
1700 7th Ave Ste 2100
Seattle, WA  98101-1360
(206) 332-9841 / Fax: (206) 905-2991

However, Counsel then discovered that the Court had not granted the proposed order of dismissal but rather reserved for hearing the issue of whether the case should be dismissed or converted to chapter 7.

Had this case been the "one creditor" type case the Debtor had indicated in his initial filing, dismissal would appear to be clearly the better choice for the best interest of the creditors. However, it was discovered after the case was filed that Debtor was a named party on a lawsuit brought by various parties against the principal and sole owner of Commodity Properties LLC, Solomon Simone. The case is *Campbell et.al vs. Simone et.al., 21-2-11125-1 SEA* before the Washington State Superior Court in and for King County.

The case alleges that Mr. Simone was a principal in a human trafficking scheme. Debtor is named as a co-defendant on the purported basis that its facilities were used for the holding of alleged victims of the scheme.

To further complicate matters, the plaintiffs to the suit have undisclosed addresses for their safety. Their counsel, Ellery Johannessen of Johannessen Law PLLC, agreed to provide those addresses as long as they were not made public. However, pursuant to suggestion of Debtor's counsel, Mr. Johannessen agreed to allow use of his name and address as a "care of" for the plaintiffs. Debtor's counsel had been discussing this issue with the US Trustee's attorney overseeing this case, Ryan S. Moore, and they were in agreement that Mr. Johannessen's address could be used for the plaintiffs, at least subject to further court order. They have NOT YET been added to the creditors' matrix as of this time.

There does appear to be equity in the property. A comparative market analysis prepared by Tamara Johnson of Best Choice Realty on or about August 2, 2023 found the value to be an estimated **$2,610,000.00.** A copy of it is attached to the aforementioned Declaration of Solomon Simone.



THE LAW OFFICES OF LANCE L. LEE
1700 7th Ave Ste 2100
Seattle, WA 98101-1360
(206) 332-9841 / Fax: (206) 905-2991

**DISCUSSION**

Mr. Simone owns and operates several entities in addition to Debtor. The entity through which Mr. Simone markets and sells events is Black Umbrella Inc. Attached to Mr. Simone's declaration is a Profit & Loss Statement for Black Umbrella Inc. for the calendar year ending August 28, 2023. It shows a profit of $210,529, which is an average of $17,544.08 per month.

Were the Court to allow Debtor to belatedly argue against the instant motion, Debtor would offer that he is in a position to infuse sufficient funds into Debtor to allow for suitable adequate protection payments to be made each month to Sound Investment Partners, LLC. This would allow the Debtor more latitude in marketing the property for sale than a conversion to chapter 7, both in terms of how long the property could be marketed and what sale to accept. Moreover, distribution of the assets would still be subject to control of this Court. That would allow the Court to reserve some or all of the funds of sale to address the plaintiffs' claim in the aforementioned suit.

If the Court is inclined to decide only between dismissal or conversion, Debtor requests the Court to dismiss the case. If the Court is open to allowing Debtor to remain in chapter 11, Debtor implores the Court to so allow.

Dated this ____29th____ day of August 2023

/s/ Lance L. Lee
Lance L. Lee, WSBA#26518
Attorney for Debtor



THE LAW OFFICES OF LANCE L. LEE
1700 7th Ave Ste 2100
Seattle, WA 98101-1360
(206) 332-9841 / Fax: (206) 905-2991