Hon. Marc L. Barreca
Chapter 11

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: | NO. 23–11190–MLB |
| COMMODITY PROPERTIES, LLC, | DECLARATION OF SOLOMON SIMONE |
| Debtor. | |

I, Solomon Simone, declare:

1. I am over eighteen years of age and of sound mind, and I make the following statements based on personal knowledge and/or belief.

2. I am the sole owner and operator of Commodity Properties, LLC.

3. I also own and run Black Umbrella Inc., a company that markets and sells events.

4. Over the past 12 months to yesterday, Black Umbrella had $210,529 in profits. That averages to $17,544.08 per month. Attached as Exhibit 1 is a true and correct Profit and Loss statement for the past 12 months, through August 28, 2023.

5. I am able and willing to commit to paying in a sufficient amount each month for adequate protection, and I would propose that the payments be the $6,062.10 per month as would be due each month pursuant to the note.

Declaration of Solomon Simone-1 of 2

THE LAW OFFICES OF LANCE L. LEE
1700 7th Ave Ste 2100
Seattle, WA 98101-1360
(206) 332-9841 / Fax: (206) 905-2991

6.     Despite our having missed the response date to the motion for relief from stay or dismissal, I believe I have a viable chapter 11 case that can proceed, albeit with adequate protection for the movant.

7.     I am the principal defendant in *Campbell et.al vs. Simone et.al., 21-2-11125-1 SEA*.  It is a case before the Superior Court in Washington in which it is alleged that I assaulted and imprisoned people as part of a human trafficking scheme.

8.     I believe that the suit is without merit.  Even if the claim against me were credible, the naming of Commodity Properties LLC to the suit is tenuous.

9.     There is equity in the property, as I commissioned a Comparative Marketing Analysis of the property from Tamara Johnson of Best Choice Realty.  It was prepared on or about August 2, 2023; a true and correct copy of it is attached as Exhibit 2.

10.     I ask the Court to please allow me to remain in chapter 11 subject to my providing specific adequate protection to be determined by Court or agreed to between the parties.

11.     Alternatively, I ask the Court to dismiss the case rather than convert it to chapter 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Signed in ___Seattle___, on this ___29th___ day of August 2023

/s/ Solomon Simone
Solomon Simone
1770 Airport Wy S
Seattle, WA  98134



THE LAW OFFICES OF LANCE L. LEE
1700 7th Ave Ste 2100
Seattle, WA  98101-1360
(206) 332-9841 / Fax: (206) 905-2991