**Exhibit  1**

# Black Umbrella Inc

1770 Airport Way S
Seattle, WA 98134

## Profit & Loss Statement

for the period _____August 28h, 2022_____ to _____August 28th, 2023_____

### Income

|   | | Amount |  |
|---|---|---|---|
| 1 | Sales | $ 263929 | |
| 2 | Other Income | $ | |
| 3 | **Total Income** | | $ 263929 |

### Expenses

|   | | | |
|---|---|---|---|
| 4 | Advertising | $ | |
| 5 | Bank Charges | $ | |
| 6 | Depreciation | $ | |
| 7 | Equipment Rental | $ | |
| 8 | Insurance | $ 17000 | |
| 9 | Interest | $ | |
| 10 | Office Supplies | $ | |
| 11 | Postage & Printing | $ | |
| 12 | Repairs & Maintenance | $ | |
| 13 | Salary | $ | |
| 14 | Telephone & Internet | $ 2400 | |
| 15 | Training / Seminars | $ | |
| 16 | Utilities | $ 4000 | |
| 17 | Vehicle | $ 30000 | |

Other Expenses:

|   | | | |
|---|---|---|---|
| 18 | | $ | |
| 19 | | $ | |
| 20 | | $ | |
| 21 | **Total Expenses** | | $ 53400 |
| 22 | **Profit / (Loss)** | | $ 210529 |

Prepared by: _Emily Schlackman_____

Date: _____08-28-2023_____