**Exhibit 2**

Presented For: Commodity Properties

# COMPARATIVE MARKET ANALYSIS

1770 Airport Way S, Seattle, WA 98134



Best Choice Realty · License ID:

◎ 16400 Southcenter Pkwy Suite 306 Seattle, WA 98188

🌐 www.bestchoicerealtyproperties.com


# AGENT RESUME

License ID:

As your local real estate expert, I look forward to assisting you with everything you need to sell in today's market. I believe that my experience and knowledge can be a very valuable asset to you as you take next steps.

 www.bestchoicerealtyproperties.com

 16400 Southcenter Pkwy Suite 306 Seattle, WA 98188


# THE VALUE OF AN AGENT



### EXPERIENCE

**92%** of the homes in the US are sold using an agent or a broker.



### TRUSTED

**90%** of buyers would use their agent again or recommend their agent to others.



### PROFIT

**40%** more on average when selling with an agent instead of doing for sale by owner (FSBO).



### EFFECTIVE

**36%** of FSBO sales end up working with an agent instead



### EFFICIENT

**20%** days faster to sell a home with an agent than FSBO

Case 23-11190-MLB    Doc 17-2    Filed 08/29/23    Ent. 08/29/23 11:59:12    Pg. 3 of 65



# HOW BUYERS GET THEIR INFO

Understanding where buyers get their information helps you, as a seller, get a better perspective on what a buyer is expecting to pay. The following four areas are the most common sources of their information:



### ONLINE SOURCES

The first step that 44% of recent buyers (according to NAR) took in the home buying process was to look online at properties for sale.



### SPHERE OF INFLUENCE

In most instances, buyers tend to adopt the advice and experience from friends, family and neighbors.



### PROFESSIONALS

Professionals such as Real Estate Agents, Lenders and Financial Planners are able to balance and weigh the market information in conjunction with other buyer's situation.



### PERSONAL EXPERIENCE

Based on firsthand knowledge or perceived value, it is easy to form an opinion on what something might be worth.



# WHAT FACTORS INFLUENCE PRICING?

A home's sale value is based on what potential buyers will pay. Knowing what they're looking for in a home can help you get top dollar. Here are ten factors potential buyers consider when comparing homes.




# WHAT IS A CMA?

No two homes are identical, which is why choosing a sales price or offer price for a home can be challenging. That's where the comparative market analysis, or CMA, is most useful. The price range from the CMA can then be used as a guide for establishing an offer or a listing price.



Building a CMA involves finding homes that are similar to your property, creating a comparison of its age, size, location, and features. Current market data is then used to determine a fair value and provide you with a realistic starting point when it comes to pricing your home.


# LISTINGS MAP

## 1770 AIRPORT WAY S, SEATTLE, WA 98134

Bathrooms 1 Sqft 2,700





# COMPARABLES

| Address & Feature | Bed/Bath | Sq Ft | Price | Sold Price | $/Sq Ft | Lot Size | DOM |
|---|---|---|---|---|---|---|---|
| 2701 Airport WAY S Seattle WA 98134 Commercial Active | --/-- | -- | $1.30M | -- | -- | 8,100 Sqft | 130 |
| 1175 Harrison ST Seattle WA 98109 Commercial Active | --/-- | -- | $2M | -- | -- | 4,200 Sqft | 32 |
| 5602 1st AVE S Seattle WA 98108 Commercial Active | --/-- | -- | $2.10M | -- | -- | 6,492 Sqft | 44 |
| 80 Vine ST #2600 Seattle WA 98121 Commercial Active | --/-- | -- | $2.10M | -- | -- | -- | 59 |
| 5200 RAINIER AVE S Seattle WA 98118 Commercial Active | --/-- | -- | $1.70M | -- | -- | 8,689 Sqft | 84 |
| 6011 12th AVE S Seattle WA 98108 Commercial Active | --/-- | -- | $2.06M | -- | -- | 3,093 Sqft | 137 |
| 421 Eastlake AVE E Seattle WA 98109 Commercial Active | --/-- | -- | $3.50M | -- | -- | 7,200 Sqft | 157 |
| 5021 Rainier AVE S Seattle WA 98118 Commercial Pending | --/-- | -- | $3.10M | -- | -- | 0.51 Acres | 916 |



# COMPARABLES

| Address & Feature | Bed/Bath | Sq Ft | Price | Sold Price | $/Sq Ft | Lot Size | DOM |
|---|---|---|---|---|---|---|---|
| 4103 Rainier AVE S Seattle WA 98118 Commercial Pending | --/-- | -- | $2.70M | -- | -- | 0.35 Acres | 843 |
| 3001 Beacon AVE S Seattle WA 98144 Commercial Sold | --/-- | -- | $2.20M | $2.20M | -- | 3,889 Sqft | 5 |
| 1605 S Jackson ST Seattle WA 98144 Commercial Sold | --/-- | -- | $2.90M | $2.90M | -- | 9,552 Sqft | 29 |
| 1201 Pine ST Seattle WA 98101 Commercial Sold | --/-- | -- | $5M | $5M | -- | 7,474 Sqft | 56 |
| 1923 1st AVE Seattle WA 98101 Commercial Sold | --/-- | -- | $3.50M | $3,50M | -- | -- | -- |
| 1429 23rd Avenue Seattle WA 98122 Commercial Sold | --/-- | -- | $2.30M | $2.30M | -- | -- | 251 |
| 1605 17th AVE Seattle WA 98122 Commercial Sold | --/-- | -- | $2.50M | $2.50M | -- | 0.27 Acres | 295 |
| 6600 Carleton AVE S Seattle WA 98108 Commercial Sold | --/-- | -- | $2.50M | $2.50M | -- | 0.37 Acres | 110 |


# COMPARABLES

| Address & Feature | Bed/Bath | Sq Ft | Price | Sold Price | $/Sq Ft | Lot Size | DOM |
|---|---|---|---|---|---|---|---|
| 1426 S Jackson ST Seattle WA 98144 Commercial Sold | --/-- | -- | $2.65M | $2.65M | -- | -- | -- |
| 2310 Rainier AVE S Seattle WA 98144 Commercial Sold | --/-- | -- | $2.30M | $2.30M | -- | 10,497 Sqft | 11 |
| 703 6th AVE N Seattle WA 98109 Commercial Sold | --/-- | -- | $4.60M | $4.60M | -- | 0.26 Acres | 22 |
| 300 19th AVE Seattle WA 98122 Commercial Sold | --/-- | -- | $1.46M | $1.46M | -- | 3,520 Sqft | 9 |
| 5718 Martin Luther King Jr WAY S Seattle WA 98118 Commercial Sold | --/-- | -- | $2.35M | $2.35M | -- | -- | -- |



# 2701 AIRPORT WAY S

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $1,299,900 | - | - | 130 | **Active** | **2050682** |

## Key Detail

**Lot Size:** 8,100 Sqft     **Year Built:** 1942

## Property Description

Many possibilities for redevelopment with the IGA zoning, which allows for current retail use or lodging. Previously used as a grocery store and deli. Plenty of parking. Heavily trafficked intersection with traffic light on the corner of Airport Way and Lander Street... 8,100 sqft flat lot in the heart of the business and industrial area... The previous tenant started remodeling with new subflooring, insulation, etc. The project was not completed and is waiting for a new owner to return it to its glory days.....Your next investment is waiting in Seattle's much sought-after downtown Industrial area.!

## Features

**Exterior:** Wood



# 2701 AIRPORT WAY S

MLS #: 2050682


# 1175 HARRISON ST

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|------------|-----------|-----------|-----|--------|--------|
| $2,000,000 | - | - | 32 | **Active** | **2125701** |

## Key Detail

**Lot Size:**  4,200 Sqft          **Year Built:**  1951

## Property Description

Developer/Investor/Owner User alert! 4050 SF Building on a 4200 SF lot in the heart of Seattle/South Lake Union. Corner lot with tremendous opportunity for an owner user of developer. Zoned SM-SLUR 65/95 allows for mixed use opportunities with a maximum of 65' for non-residential use and 95' for base residential use targeting developments to allow for walkability, transit, to provide a vibrant mix of residential and non-residential uses. Bring your creativity.

## Features

**Exterior:**  Brick



# 1175 HARRISON ST

MLS #: 2125701


# 5602 1ST AVE S

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|------------|-----------|-----------|-----|--------|--------|
| $2,100,000 | - | - | 44 | **Active** | **2071392** |

## Key Detail

**Lot Size:**   6,492 Sqft          **Year Built:**  1932

## Property Description

BUILDING AND TWO RESTAURANTS FOR SALE: Fully operational and open, Restaurant and Bar. Entire operation including all property, art, signs, kitchenware, bar ware, tables, computers, chairs and fixtures included (Except inventory). TURN KEY OPPORTUNITY. This rare free standing, fully fixtured restaurant with parking offers kitchen with type 1 hood, outdoor patio/dining area. Highly visible corner location with prime 120 feet of frontage on 1st Ave S. Slim's Last Chance Saloon has been featured in Diner, Drive Ins & Dives and made famous by Travel Channel & Food Paradise. Name and all rights (Slim's only) to trademark and intellectual property included in building package. Call helpful listing agent for details.

## Features

**Interior:**   Ceramic Tile, Hardwood
**Exterior:**   Metal/Vinyl, Wood



# 5602 1ST AVE S

MLS #: 2071392


# 80 VINE ST #2600

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $2,100,000 | - | - | 59 | **Active** | **2076453** |

## Key Detail

**Year Built:** 1994          **HOA Fee:** $1,335/Monthly

## Property Description

Sophisticated urban retreat in the award-winning Banner Building beautifully reimagined in 2020 with exquisite studs-out remodel. Luxury and privacy provide a myriad of possibilities for the discerning buyer looking for an exclusive work/live opportunity. Soaring ceilings and walls of windows showcase lavish finishes, exquisite craftsmanship and custom design. Combining form and function, the stunning main floor transitions effortlessly from a savvy office and meeting space to a swanky entertaining venue complete with professional catering kitchen. The elegant pied-a-terre on the mezzanine level is distinct yet connected. Sought after Belltown location w/access to Pike Place Market, stadiums, the arts and world-class cuisine. Exceptional!

## Features

**Interior:** Ceramic Tile, Hardwood

**Exterior:** Cement/Concrete


# 80 VINE ST #2600

MLS #: 2076453


# 5200 RAINIER AVE S

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $1,700,000 | - | - | 84 | **Active** | **2055391** |

## Key Detail

**Lot Size:**   8,689 Sqft        **Year Built:**  1986

## Property Description

Beautiful Commercial Building in Columbia City and a big Diamond in the heart of Rainier neighborhood. Present Owner has operated a Medical Clinic. Building has high ceiling with 5 offices and 1.5 Baths. Property could be used for many different businesses, or it could be redeveloped. zoning NC255 (M). Tenant may rent an office during development. Buyer/broker to verify all informations. Price just reduced. Bring your buyers and sale.

## Features

**Interior:**   Laminate, Wall to Wall Carpet



# 5200 RAINIER AVE S

MLS #: 2055391

 

# 6011 12TH AVE S

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $2,060,000 | - | - | 137 | **Active** | **2047311** |

## Key Detail

**Lot Size:** 3,093 Sqft      **Year Built:** 1980

## Property Description

Freestanding Commercial Property Zoned C2-40 for Your Business and Ready to Go. This 3,080 sq ft building sits on a 3,093 sq ft lot and is currently home to 1 retail upholstery business. Great stand alone retail/commercial building located in bustling Georgetown neighborhood features open great room, restroom, 2 bay doors and 3 access doors. Upper Level Features Multiple Offices, Conference Room, Kitchen and Restroom. Rare commercial property opportunity in Seattle's desirable neighborhood. Several storage rooms with attached unit with bedrooms/work opportunities. 2 Parking spots in back in fully fenced area and load zone out front. Full of potential for any kind of business, shop, offices. Easy access to freeways across from restaurants.

## Features

**Interior:** Concrete

**Exterior:** Cement/Concrete


# 6011 12TH AVE S

MLS #: 2047311



# 421 EASTLAKE AVE E

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $3,500,000 | - | - | 157 | **Active** | **2039914** |

## Key Detail

**Lot Size:** 7,200 Sqft          **Year Built:** 1926

## Property Description

A remarkable development opportunity for high demand housing & commerce in a thriving tech economy & one of the worlds most robust job markets. This building is 12,670sqft on a 7,200sqft lot, zoned mixed use & is walking distance to employment giants Amazon, Google, Facebook, Nordstrom & more. Lake Union water activities, parks, doggy daycare, the Space Needle, pubs, coffee shops, grocery, ballet, museums & endless options for dining & cuisine from around the world are also accessible by foot. Notably, Starbucks HQ, Seattle waterfront, ferry terminals & Pike Place are a hop skip & a jump. Access to the 5 fwy, light rail & bus routes for further commutes to Alaska Airlines, Boeing, Microsoft & more is exceptionally close & uncomplicated.

## Features

**Interior:** Concrete
**Exterior:** Brick, Cement/Concrete



# 421 EASTLAKE AVE E

MLS #: 2039914




# 5021 RAINIER AVE S

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $3,100,000 | - | - | 916 | **Pending** | **1524271** |

## Key Detail

**Lot Size:**  22,000 Sqft          **Year Built:**  1926

## Property Description

Rare opportunity! This is the last large development site in Columbia City. Corner lot, plus two contiguous lots. Almost 250-feet of frontage on Rainier Avenue South situated in the heart of Columbia City's shopping district. Approximately 21,000 square feet, zoned C-265. Property includes two buildings, and four separate rental spaces. Located within the Landmark District of Columbia City.

## Features

**Interior:**  Concrete

**Exterior:**  Brick, Cement/Concrete, Wood



# 5021 RAINIER AVE S

MLS #: 1524271

  

 

# 4103 RAINIER AVE S

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $2,700,000 | - | - | 843 | **Pending** | **1360388** |

## Key Detail

**Lot Size:** 15,131 Sqft          **Year Built:** 1970

## Property Description

Lot is 15,131 sf. Zoned NC240 Fabulous Rainier Frontage. Retail, townhome's, condo's, MIXED USE DEVELOPMENT. Currently 24 uncovered parking spaces and building used as church. Fenced all around.

## Features

**Interior:** Heat Pump, HRV/ERV System, Ceramic Tile, Concrete, Wall to Wall Carpet

**Exterior:** Wood



# 4103 RAINIER AVE S

MLS #: 1360388


# 3001 BEACON AVE S

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|------------|------------|-----------|-----|--------|--------|
| $2,000,000 | $2,200,000 | 06/22/2022 | 5 | **Sold** | **1918055** |

## Key Detail

**Lot Size:** 3,889 Sqft          **Year Built:** 1956

## Property Description

Redevelopment site near Beacon Hill light rail station. Prime 80'x53' property occupies the southwest corner of Beacon Ave S and S Stevens St, just 2 blocks from station and zoned NC2P55 which allows for a variety of uses. Preliminary feasibility study suggested a 5-story building with 24 SEDU residential units and 1,865 Sqft of first floor commercial space. Second option is 1,815 sqft of street level retail/commercial, plus 16 units mixed studio and 1-bedroom apartments, for a total of nearly 16,000 sqft gross building area. Current 2,756 sqft building hosts a good mix of 4 neighborhood businesses, producing a combined annual income of $64,080. Opportunity such as this does not present itself often. Take advantage of it.

## Features

**Interior:** Concrete, Laminate, Wall to Wall Carpet

**Utilities:** Sewer Connected, Electricity Available

**Exterior:** Brick



# 3001 BEACON AVE S

MLS #: 1918055


# 1605 S JACKSON ST

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $2,995,000 | $2,900,000 | 05/24/2021 | 29 | **Sold** | **1725093** |

## Key Detail

**Lot Size:** 9,552 Sqft          **Year Built:** 1996

## Property Description

3,950 SF warehouse situated on a larger corner lot with redevelopment potential. Built in 1996 this property is of high-quality construction that is ideally suited for an owner user or investment with the potential to expand the existing commercial space with a mezzanine and/or potentially expand into the parking lot to the south with a separate development or expansion of the existing building. The site is additionally suited for 9 to 10 live work townhomes, 80 SEDU apartments or 40 to 50 traditional apartment units.

## Features

**Utilities:** Sewer Connected



# 1605 S JACKSON ST

MLS #: 1725093




# 1201 PINE ST

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $5,250,000 | $5,000,000 | 06/06/2022 | 56 | **Sold** | **1871640** |

## Key Detail

**Lot Size:** 7,474 Sqft        **Year Built:** 1912

## Property Description

6 unit commercial building located in the historic Pike – Pine Corridor. This 9,358 square foot building is comprised unique retail tenants well known throughout Seattle. All tenants are on long-term leases providing an owner with significant cash-flow and future development upside. The property is on a 7,473 square foot lot with NC3P-95 (M) zoning. The site offers an irreplaceable location for future development within the heart of Capitol Hill and only two blocks away from the downtown Seattle business corridor

## Features

**Utilities:** Sewer Connected
**Exterior:** Brick



# 1201 PINE ST

MLS #: 1871640

  

 


# 1923 1ST AVE

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $3,500,000 | $3,500,000 | 08/15/2022 | 0 | **Sold** | **1984428** |

**Key Detail**

**Property Description**

# 1923 1ST AVE

MLS #: 1984428





# 1429 23RD AVENUE

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $2,400,000 | $2,299,000 | 01/04/2022 | 251 | **Sold** | **1406834** |

## Key Detail

## Property Description

Rare central Seattle find, zoned NC2P-55 located on highly traveled 23rd Avenue! The subject consists of 3 parcels with total land area of 8,690 sf., just waiting for the right investor to join the growing neighborhood business core of 23rd. Current building has a full kitchen and gathering space, can be added to or torn down to make way for your income generating property. Property sold As-Is with a billboard lease available for additional income or removal.

## Features

**Utilities:**   Sewer Connected


# 1429 23RD AVENUE

MLS #: 1406834





# 1605 17TH AVE

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $2,750,000 | $2,500,000 | 12/06/2019 | 295 | **Sold** | **1381236** |

## Key Detail

**Lot Size:** 11,948 Sqft          **Year Built:** 1906

## Property Description

Extraordinary opportunity! Stately 1906 house built for Caroline Kline Galland, completely renovated in 1990 & 2003. Operated as an elderly residential care home, approved for 16 residents, located on E Madison Street in Seattle's thriving Capitol Hill neighborhood. Disabled access & elevator to all four floors, two full staircases, fire sprinklers, fire rated doors & other life safety improvements. Unique high profile opportunity in NC365' zone. Sale subject to approval by ownership board.

## Features

**Interior:**  Radiator, Concrete, Hardwood, Wall to Wall Carpet

**Utilities:**  Sewer Connected, Natural Gas Connected

**Exterior:**  Wood


# 1605 17TH AVE

MLS #: 1381236




# 6600 CARLETON AVE S

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $3,000,000 | $2,500,000 | 07/01/2019 | 110 | **Sold** | **1176880** |

## Key Detail

**Lot Size:** 15,999 Sqft        **Year Built:** 1960

## Property Description

Prime investment in one of Seattle's most vibrant neighborhoods. A 2-story church building on a corner lot, paved parking lot and a turn-key, 1930's bungalow. The combined property is 16,000 square feet, 100 feet deep with alley and is zoned Lowrise-1. The church is 3,840 square feet with a main level chapel and lower level kitchen, a recreation room and library or classroom. The 3 bedroom house is 1,820 square feet. Newly finished oak and fir floors, BBQ deck raised beds and fenced backyard.

## Features

**Interior:** Forced Air, Fir/Softwood, Hardwood, Wall to Wall Carpet

**Utilities:** Sewer Connected, Electricity Available, Natural Gas Connected

**Exterior:** Wood



# 6600 CARLETON AVE S

MLS #: 1176880


# 1426 S JACKSON ST

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $2,650,000 | $2,650,000 | 06/14/2019 | 0 | **Sold** | **1481864** |

**Key Detail**

**Property Description**


Best Choice

# 1426 S JACKSON ST

MLS #: 1481864




# 2310 RAINIER AVE S

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $2,000,000 | $2,299,000 | 05/17/2019 | 11 | **Sold** | **1414324** |

## Key Detail

**Lot Size:**  10,497 Sqft        **Year Built:**  1925

## Property Description

Iconic & historic, The 1925 Liberty Motors concrete & timber warehouse was extensively renovated in 1998 to house a thriving motorcycle sidecar business. Superbly appointed, perfect for continued small fabrication/manufacturing, & great space for startup-tech offices, brewery, hip-restaurant space, or other more modern uses. Dramatic interior spaces, high ceilings, inspiring environment! Renovations include entire rewire, concrete floors, large office, showroom, 2 supplemental rooms. Inspiring!

## Features

**Interior:**  Forced Air, Concrete

**Utilities:**  Natural Gas Connected

**Exterior:**  Metal/Vinyl, Stucco, Wood


# 2310 RAINIER AVE S

MLS #: 1414324


# 703 6TH AVE N

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|------------|------------|-----------|-----|--------|--------|
| $4,350,000 | $4,600,000 | 04/26/2019 | 22 | **Sold** | **1211233** |

## Key Detail

**Lot Size:**   11,160 Sqft          **Year Built:**  1928

## Property Description

Located in the heart of Lower QA/Uptown, this eclectic space is home to the Ruins. This property can be either redeveloped per new SM-UP65 zoning (70-80 Unit Apt's), or continuing as a unique food service establishment/event space. Available for occupancy 03/31/18. Two vacant office suites above restaurant space. Buyer to verify all information.


# 703 6TH AVE N

MLS #: 1211233


# 300 19TH AVE

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $1,495,000 | $1,455,000 | 07/31/2023 | 9 | **Sold** | **2071526** |

## Key Detail

**Lot Size:** 3,520 Sqft    **Year Built:** 1921

## Property Description

Unique opportunity to acquire a small office/warehouse/apartment/ commercial space in the heart of the city. This muti use property consists of a two bedroom, one bath 800 sq ft apartment with a private entry, high ceilings and updated kitchen. The 1500 sq ft office yields an inviting entry, reception area, three offices, recessed lighting and newer carpet, as well as a basement.. The warehouse portion is 1700 sq ft with roll up landing door and a loft annex that's 750 sq ft. Charming and located in a quiet neighborhood, yet just minutes to the city core, light rail and freeways makes this property truly unique. Ultimate live/work business proposition or long term rental investment, you decide. Solid tenants and well maintained.

## Features

**Interior:** Concrete, Wall to Wall Carpet
**Exterior:** Metal/Vinyl, Wood



# 300 19TH AVE

MLS #: 2071526


# 5718 MARTIN LUTHER KING JR WAY S

| List Price | Sold Price | Sold Date | DOM | Status | MLS #: |
|---|---|---|---|---|---|
| $2,350,000 | $2,350,000 | 12/01/2022 | 0 | **Sold** | **2020584** |

## Key Detail

**Year Built:** 1968

## Property Description

# 5718 MARTIN LUTHER KING JR WAY S

MLS #: 2020584




# PROPERTY AVERAGES

| SqFt | Price | $/sq. ft. | Lot Size | Days on Market |
|------|-------|-----------|----------|----------------|
| - | $2.61M | - | 7,093 | 66 |

## Price By Status

■ Active ■ Pending ■ Sold



High: Active $3.50M, Pending $3.10M, Sold $5M

Median: Active $2.06M, Pending $2.90M, Sold $2.50M

Low: Active $1.30M, Pending $2.70M, Sold $1.45M

Average: Active $2.11M, Pending $2.90M, Sold $2.85M



# AVERAGE PRICE PER SQUARE FOOT

COMPARABLE PROPERTIES SOLD FOR AN AVERAGE OF - $/SQ. FT.

Price & Size    ■ Active    ■ Pending    ■ Sold



# AVERAGE SELLING TIME

| Days on Market | % of List Price |
|:---:|:---:|
| 66 | 99.2 |

## Price & Days on Market

■ Active  ■ Pending  ■ Sold

% of List Price



# ESTIMATED MARKET VALUE

📍 **1770 Airport Way S, Seattle, WA 98134**



Approximate Market Value

# $2,610,000

Estimated Price Range

$2,349,000–$2,872,000

## Compare Pricing with Selected Comps

| Average Price | Average $/sq. ft. |
|---|---|
| **$2.61M** | − ↑**100% above** |

The Estimated Market Value is the same as the Average Price The average price per square foot is **100% above** the market



# INTELLIGENT PRICING



| Market Value | | Potential buyers |
| --- | --- | --- |
| +15% | | 10% |
| +10% | | 30% |
| At Value | | 60% |
| -10% | | 75% |
| -15% | | 90% |

Buyers purchase more properties AT market value than they do ABOVE market value. The percentage of potential buyers only increases as prices go below market value.

By pricing your property at market value, it will be exposed to a larger percentage of prospective buyers.

# TESTIMONIALS

> My Best Choice broker was caring and patient and motivated in selling our home. My agent worked tirelessly to accommodate both the seller and the buyer. Their advertising of our home was above and beyond. They are an outstanding broker with a warm and loving personality and serve your...

★ ★ ★ ★ ★

Carol & Dick Albright

> I have been very pleased with Best Choice Realty. This company offers great customer service and amazing attention to detail.

★ ★ ★ ★ ★

Amber Moreno

> Best Choice Realty provided excellent advice about what was needed to ensure potential buyers saw my house inits best light. They priced and sold the home atet best market price. During the negotiation process we knew they had our best interests in mind and so we got the best price an...

★ ★ ★ ★ ★

B. Fullmer



# POTENTIAL BEST CHOICE REALTY BUYERS



| Total Active Buyers in our database | Total Active Buyers looking around $2,610,000 | Total Active Buyers looking in 98134 | Total Active Buyers looking around $2,610,000 in 98134 |
|---|---|---|---|
| 16,949 | 1 | 0 | 0 |

# LISTING PROMOTION APPROACHES

Here's how we can boost your selling process!



### 🖥 FEATURE

**Feature** your property on my IDX website



### ✈ POST

**Post** your property on Facebook, Twitter, Instagram, and LinkedIn



### 🎥 VIDEO

**Create a video** of your property, and post it on all social channels



### 📄 BLOG

**Blog** about your property on my Real Estate Blog



# MARKETING ACTION PLAN

## WEEK ONE

1. Enter listing into the MLS® system.
2. Schedule time to shoot property photos. Review showing procedure.
3. Prepare property flyer.
4. Syndicate listing to my IDX websites.

## WEEK TWO

1. Invite brokers and agents to tour home.
2. Begin agent to agent marketing efforts.
3. Review and update status.

## WEEK THREE

1. Hold Open House.
2. Show property to potential buyers.
3. Follow-up on Internet leads.

## ON-GOING

1. Handle incoming calls and schedule showing appointments.
2. Present all offers and recommend counter-offer strategies.
3. Review price based on market conditions.


# ESTIMATED NET PROCEEDS

Suggested List Price for 1770 Airport Way S, Seattle, WA 98134 is **$2,610,000**

## Selling Cost Breakdown

| | | | |
|---|---|---|---|
| Commission | $78,300 | Title | $13,050 |
| Escrow | | Property Tax | $26,100 |
| Hoa Dues | | Mortgage Payoff | |
| Miscellaneous | | | |

## The Net Proceeds to the Seller

| Est. Price | | Total Selling Expenses | | Net Proceeds |
|---|---|---|---|---|
| $2,610,000 | — | $117,450 | = | $2,492,550 |



Thank you for giving me the opportunity to be of assistance. Let's take a look at next steps!

16400 Southcenter Pkwy Suite 306 Seattle, WA 98188

www.bestchoicerealtyproperties.com

## Leave a Message